# JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -x
                                          :
UNITED STATES OF AMERICA
                                          :        **INDICTMENT**
    -v-
                                          :        07 Cr.
MIGUEL SIERRA-MARTE,
    a/k/a "Rolando Mercedes," :
                                          **07 CRIM   528**
            Defendant.        :
- - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 1 2007

## COUNT ONE

The Grand Jury charges:

1.    From at least in or about August 2006, up to and including in or about June 2007, in the Southern District of New York and elsewhere, MIGUEL SIERRA-MARTE, a/k/a "Rolando Mercedes," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.    It was a part and an object of the conspiracy that MIGUEL SIERRA-MARTE, a/k/a "Rolando Mercedes," the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21 of the United States Code.

<u>Overt Acts</u>

3.    In furtherance of the conspiracy, and to effect
the illegal object thereof, the following overt act, among
others, was committed in the Southern District of New York and
elsewhere:

a.  On or about May 22, 2007, in the Bronx, New
York, MIGUEL SIERRA-MARTE, a/k/a "Rolando Mercedes," provided a
quantity of cocaine to a co-conspirator not named as a defendant
herein.

(Title 21, United States Code, Section 846.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

MIGUEL SIERRA-MARTE,
a/k/a "Rolando Mercedes,"

**Defendant.**

## INDICTMENT

07 CR \_\_\_\_

(Title 21, United States Code, Section 846)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*

Foreperson.

*Post-It 11/1/87*

*6/11/07. Fld. Indictment case assigned to Judge Swain for all purposes.*

*Eaton, J. U.S.M.J. H.L.*