

U.S. Department of Justice

United States Attorney
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 7 2007
```

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

July 25, 2007

**MEMO ENDORSED**

**By Facsimile and By Hand**
Honorable Laura Taylor Swain
United States District Court
500 Pearl Street
New York, New York 10007

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re:   United States v. Miguel Sierra-Marte
      07 Cr. 528 (LTS)

Dear Judge Swain:

The Government writes to respectfully request, on behalf of both parties, and as discussed with Your Honor's clerk, that the next conference in the above-referenced matter be re-scheduled from July 26, 2007 to September 14, 2007, at 4:30 p.m.

The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between July 26 and September 14, 2007. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial, and provide defense counsel with an opportunity to review discovery produced by the Government. The Government makes this request with the consent of counsel for the defendant.

*The foregoing adjournment and exclusion requests are granted as in the interests of justice.*

SO ORDERED.

/s/ 7/26/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: /s/
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: David Goldstein, Esq. (By facsimile)