

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 13 2007

September 12, 2007

## MEMO ENDORSED

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [not] fax such certification to Chambers.

**By Facsimile and By Hand**
Honorable Laura Taylor Swain
United States District Court
500 Pearl Street
New York, New York 10007

Re: United States v. Miguel Sierra-Marte
07 Cr. 528 (LTS)

Dear Judge Swain:

The Government writes to respectfully request, on behalf of both parties, and as discussed with Your Honor's clerk, that the next conference in the above-referenced matter be re-scheduled from 2:30 p.m. to 11:00 a.m. on September 18, 2007, to accommodate the schedules of the parties.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: David Goldstein, Esq. (By facsimile)

*The request is granted.*

SO ORDERED.

9/13/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

TOTAL P.02