**U.S. Department of Justice**

United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 25, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED OCT 2 6 2007

**MEMO ENDORSED**

**By Facsimile and By Hand**
Honorable Laura Taylor Swain
United States District Court
500 Pearl Street
New York, New York 10007

    Re:   <u>United States v. Miguel Sierra-Marte</u>
           07 Cr. 528 (LTS)

Dear Judge Swain:

        The Government writes to respectfully request, on behalf of both parties, and as discussed with Your Honor's clerk, that the next conference in the above-referenced matter be re-scheduled from October 25, 2007, to a date convenient for Your Honor during either the week of November 19 or the week of November 26, to allow the parties to continue ongoing discussions concerning a disposition in this matter.

        The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between October 25, 2007, and the date of the next conference. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial, and provide defense counsel with an opportunity to review discovery produced by the Government. The Government makes this request with the consent of counsel for the defendant.

*The foregoing adjournment and exclusion requests are granted as in the interests of justice. The conference is adjourned to November 28, 2007 at 10:30AM and time is excluded from speedy trial computations through that date.*
*SO ORDERED*
*/s/ 10/25/2007*

**LAURA TAYLOR SWAIN U.S.D.J.**

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _/s/_
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: David Goldstein, Esq. (By facsimile)