

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 27, 2007

**By Facsimile**
Honorable Laura Taylor Swain
United States District Court
500 Pearl Street
New York, New York 10007

> **MEMO ENDORSED**
> IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not ... such certification to Chambers.

Re:  United States v. Miguel Sierra-Marte
     07 Cr. 528 (LTS)

Dear Judge Swain:

The Government writes to respectfully request, on behalf of both parties, and as discussed with Your Honor's clerk, that the next conference in the above-referenced matter be re-scheduled from November 28, 2007, to a date convenient for Your Honor either during the week of December 17, 2007, or anytime in January 2008, to allow the parties to continue ongoing discussions concerning a disposition in this matter, and to accommodate the schedule of defense counsel (who currently is on trial in another matter).

The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between November 28, 2007, and the date of the next conference. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial, and provide defense counsel with an opportunity to review discovery produced by the Government. The Government makes this request with the consent of counsel for the defendant.

*The adjournment and exclusion requests are granted as in the interests of justice. The conference is adjourned to January 4, 2008 at 4:15 pm and time is excluded from speedy trial calculations through that date for the reasons set forth above.*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

SO ORDERED.

Copies ~~mailed~~ faxed to AUSA
Chambers of Judge Swain  11-27-07

cc: David Goldstein, Esq.

_____
11/27/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE