U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: MAR 1 8 2008

March 17, 2008

**By Facsimile: 212-805-0426**
Honorable Laura Taylor Swain
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Miguel Sierra-Marte
      07 Cr. 528 (LTS)

Dear Judge Swain:

    The Government writes to respectfully request, on behalf of both parties, and as discussed with Your Honor's clerk, that the next conference in the above-referenced matter be re-scheduled to a date convenient for Your Honor after the last week of March 2008, to allow the parties to continue ongoing discussions concerning a disposition in this matter.

    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between today's date, and the date of the next conference. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: David Goldstein, Esq.

---

THE REQUESTED ADJOURNMENT AND EXCLUSION ARE GRANTED. THE CONFERENCE IS ADJOURNED TO APRIL 4, 2008 AT 12:00 P.M. NOON. THE COURT FINDS THAT THE ENDS OF JUSTICE SERVED BY THE GRANTING OF AN EXCLUSION FROM SPEEDY TRIAL COMPUTATIONS FOR THE PERIOD FROM TODAY'S DATE THROUGH APRIL 4, 2008, OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL BECAUSE OF THE NEED FOR REASONABLE TIME FOR EFFECTIVE TRIAL PREPARATION AND ONGOING DISCUSSIONS. THE COURT, ACCORDINGLY, EXCLUDES SUCH TIME PERIOD PROSPECTIVELY. SO ORDERED.

_____ 3/17/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE