U.S. Department of Justice



United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 3, 2008

**By Facsimile: 212-805-0426**
Honorable Laura Taylor Swain
United States District Court
500 Pearl Street
New York, New York 10007

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re:   United States v. Miguel Sierra-Marte
      07 Cr. 528 (LTS)

Dear Judge Swain:

The Government writes to respectfully request, on behalf of both parties, and as discussed with Your Honor's clerk, that the next conference (currently scheduled for April 4, 2008) in the above-referenced matter be re-scheduled to a date convenient for Your Honor after the last week of April 2008, to allow the parties to continue ongoing discussions concerning a disposition in this matter.

The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between today's date, and the date of the next conference. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

*The adjournment and exclusion requests are granted as in the interests of justice. The conference is adjourned to May 9, 2008, at 11:15AM and time is excluded from speedy trial computations through that date.*
*SO ORDERED.*          By:
*4/4/08*
**LAURA TAYLOR SWAIN U.S.D.J.**

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc:  David Goldstein, Esq.

Copies mailed/faxed to  A-USA
Chambers of Judge Swain    4-4-08

TOTAL P.01