

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

May 7, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 8 2008

**By Facsimile: 212-805-0426**
Honorable Laura Taylor Swain
United States District Court
500 Pearl Street
New York, New York 10007

Re: United States v. Miguel Sierra-Marte
07 Cr. 528 (LTS)

**MEMO ENDORSED**

Dear Judge Swain:

The Government writes to respectfully request, on behalf of both parties, and as discussed with Your Honor's clerk, that the next conference (currently scheduled for May 9, 2008) in the above-referenced matter be re-scheduled to a date convenient for Your Honor after the last week of May 2008, to allow the parties to continue ongoing discussions concerning a disposition in this matter.

The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between May 9, and the date of the next conference. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

*The foregoing adjournment and exclusion requests are granted as in the interests of justice. The conference is adjourned to June 13, 2008 at 9:30 AM and time is excluded from speedy trial computations through that date.*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: David Goldstein, Esq.

SO ORDERED.

_____
5/8/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE