

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 2 2008

June 11, 2008

**By Facsimile: 212-805-0426**
Honorable Laura Taylor Swain
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Miguel Sierra-Marte
      07 Cr. 528 (LTS)

Dear Judge Swain:

　　　　The Government writes to respectfully request, on behalf of both parties, and as discussed with Your Honor's clerk, that the next conference (currently scheduled for June 13, 2008) in the above-referenced matter be re-scheduled to a date convenient for Your Honor after the first week of July 2008, to allow the parties to continue ongoing discussions concerning a disposition in this matter.

　　　　The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between June 13, and the date of the next conference. This delay will permit the Government and the defense to continue ongoing discussions concerning the possibility of a disposition before trial. This request is made with the consent of the defense.

*The adjournment and exclusion requests are granted as in the interests of justice. The conference is adjourned to July 9, 2008, at 3pm and time is excluded from speedy trial computations through that date.
SO ORDERED.
　　　　6/12/08*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

**LAURA TAYLOR SWAIN U.S.D.J.**

cc:  David Goldstein, Esq. (718-665-9147 fax)