JUN-27-2008  18:35                                                          P.01/01



U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 27, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 3 0 2008

**By Facsimile: 212-805-0426**
Honorable Laura Taylor Swain
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Miguel Sierra-Marte
      07 Cr. 528 (LTS)

Dear Judge Swain:

The Government writes to respectfully request, on behalf of both parties, and as discussed with Your Honor's clerk, that the next conference (currently scheduled for July 9, 2008) in the above-referenced matter be re-scheduled to a date convenient for Your Honor after the first week of August 2008, to allow the parties to continue ongoing discussions concerning a disposition in this matter.

The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between July 9, and the date of the next conference. This delay will permit the Government and the defense to continue ongoing discussions concerning the possibility of a disposition before trial. This request is made with the consent of the defense.

*The adjournment and exclusion requests are granted as in the interest of justice. The conference is adjourned to August 14, 2008, at 11:45 AM and time is excluded from speedy trial computation through that date.*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: David Goldstein, Esq.  (718-665-9147 fax)

SO ORDERED.

/s/ 6/27/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

TOTAL P.01