

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 12, 2008

**By Facsimile: 212-805-0426**
Honorable Laura Taylor Swain
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    United States v. Miguel Sierra-Marte
            07 Cr. 528 (LTS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
AUG 1 3 2008

**MEMO ENDORSED**

Dear Judge Swain:

    The Government writes to respectfully request, on behalf of both parties, and as discussed with Your Honor's clerk, that the next conference (currently scheduled for August 14, 2008) in the above-referenced matter be re-scheduled to a date convenient for Your Honor after the third week of September 2008, to allow the parties to continue ongoing discussions concerning a disposition in this matter.

    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between August 14, and the date of the next conference. This delay will permit the Government and the defense to continue ongoing discussions concerning the possibility of a disposition before trial. This request is made with the consent of the defense.

*The adjournment and exclusion requests are granted as in the interests of justice. The conference is adjourned to September 29, 2008 at 2:30pm and time is excluded from speedy trial computations through that date.*
*SO ORDERED.*
*[signature] 8/13/2008*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: [signature]
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: David Goldstein, Esq. (718-665-9147 fax)